# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT | CALIFORNIA |

UNITED STATES OF AMERICA

V.

DANNY D. DANIELS

**ORDER OF DISCHARGE AND DISMISSAL/EXPUNGEMENT**

CASE NUMBER:    5:05CR00001

### ORDER DISCHARGING DEFENDANT FROM PROBATION AND DISMISSING PROCEEDINGS

   The supervising probation officer having reported that the defendant has complied with the conditions of probation, and having recommended that the defendant be discharged from probation at this time and that the proceedings be dismissed pursuant to 18 U.S.C. § 3607(a),

///

///

///

IT IS SO ORDERED.

Dated:   **March 27, 2007**                                                                          **/s/ Theresa A. Goldner**
**j6eb3d**                                                                                                  UNITED STATES MAGISTRATE JUDGE